No. 95–116. WINTERS *v.* COSTCO WHOLESALE GROUP BENEFITS PROGRAM AND CONCEPT ADMINISTRATORS, INC. C. A. 9th

Cir. Motions of National Association of Insurance Commissioners and Northwest Women's Law Center et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.